Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAYNE G. SAMET,<br><br>  Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC,<br><br>  Defendants. | Case No.: 2:18-cv-00905-JAD-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE**<br><br>ECF No. 13 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant, from the above captioned action, with prejudice, fully resolving all claims against Defendant and closing out this matter. Each party will bear its own fees and costs.

STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE - 1

IT IS SO STIPULATED.

Dated August 8, 2018.

| /s/ *Miles N. Clark* | /s/ *Jason G. Revzin* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Jason G. Revzin, Esq.<br>Nevada Bar No. 8629<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Email: Jason.revzin@lewisbrisbois.com<br><br>*Counsel for Defendant*<br>*Trans Union LLC* |

*Samet v. Trans Union, LLC*
Case No. 2:18-cv-00905-JAD-PAL

## **ORDER**

Based on the parties' stipulation **[ECF No. 13]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 8, 2018

STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE - 2